**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Lauro Alfonso VALDEZ–RAMIREZ, Defendant–Appellant.**

**No. 06–10432.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 4, 2006 \*.

Filed Dec. 8, 2006.

Robert A. Bork, Esq., Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Spencer Rice, Esq., Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

Before: GOODWIN, LEAVY, and FISHER, Circuit Judges.

MEMORANDUM \*\*

Lauro Alfonso Valdez–Ramirez appeals the 41–month sentence imposed following his guilty plea to being found in the United States after illegal re-entry, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Valdez–Ramirez contends that the district court violated his constitutional rights

by imposing a sentence in excess of the two-year maximum set forth in 8 U.S.C. § 1326(a) based on a prior conviction that was neither proved to a jury nor admitted during the plea colloquy. Valdez–Ramirez concedes, and we agree, that this contention is foreclosed. *See United States v. Beng–Salazar*, 452 F.3d 1088, 1091 (9th Cir.2006).

**AFFIRMED.**